JAMES BRANNON, Respondent, *v.* THE BLEECKER STREET AND FULTON FERRY RAILROAD COMPANY, Appellant.

(Submitted April 16, 1890; decided May 6, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made January 10, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Leslie W. Russell* and *Welton Percy* for appellant.

*Doherty, Durnin & Hendrick* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.